# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDOUL RAHIMY BAH, | Case No. 26-cv-02894-BAS-DDL |
| Petitioner, | |
| v. | **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |
| JEREMY CASEY, | |
| Respondent. | |

Petitioner Abdoul Rahimy Bah filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Petitioner also filed a Motion for Leave to Proceed *In Forma Pauperis* and a Motion to Appoint Counsel. (ECF Nos. 2–3.) Upon review, the Court notes that Petitioner filed a prior Section 2241 Petition in Case No. 26-cv-01453-BAS-DDL. In that case, the Court granted the Petition and ordered a bond hearing. (No. 26-cv-01453, at ECF No. 5.) After Petitioner received the bond hearing, he filed a Motion to Enforce the Judgment. (*Id.* at ECF No. 7.) The Court denied the Motion on April 28, 2026, because Petitioner "failed to demonstrate that the Immigration Judge did not follow

- 1 -

this Court's order, and because Petitioner failed to exhaust his administrative remedies by appealing his bond determination to the BIA." (*Id.* at ECF No. 10.)

About a week later, Petitioner filed this case, again seeking to challenge his immigration custody. (ECF No. 1.)  A habeas petition is subject to summary dismissal when it is repetitive or duplicative.  *See, e.g.*, *Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023).  The Petition here provides no new information or grounds for relief that were not raised in the prior Petition or the Motion to Enforce Judgment.  Therefore, the Court **DISMISSES WITHOUT PREJUDICE** the Petition. (ECF No. 1.)  The Court also **TERMINATES AS MOOT** the Motion for Leave to Proceed *In Forma Pauperis* and the Motion to Appoint Counsel. (ECF Nos. 2–3.)

The Clerk of Court shall enter a judgment dismissing this action without prejudice and closing the case file.

**IT IS SO ORDERED.**

**DATED: May 14, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv2894